**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. **07-35321** |
| **LEE D. TRIMBLE** | : | CHAPTER 7 |
| DEBTOR | : | JUDGE G. R. Humphrey |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of **$9,865.86** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA | 4 | $9,865.86 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| **$0.00** | **$9,865.86** |

Dated:   12/14/09

/s/ Roger E. Luring
**Roger E. Luring, Case Trustee**
**314 West Main Street**
**Troy, OH 45373**
**(937) 339-2627**
**AR #0010834**

**cc: US Trustee**